

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

# MEMO ENDORSED

Shawn Matthew Clark
Shareholder
212.497.6840 direct
212.583.9600 main
smclark@littler.com

May 9, 2024

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

USDNY
DOCUMENT
ELECTRONICALLY
DOC #:
5/10/24

Re: *Marsh & McLennan Agency LLC v. Stedman*, Case No 1:24-cv-01671-LLS

Dear Judge Stanton:

This law firm represent Plaintiff March & McLennan Agency LLC in the above-referenced case. In accordance with Your Honor's Order For Conference Pursuant to Rule 16(b) (ECF No. 14), I enclose the email I sent to Defendant's counsel last night, attaching the Rule 16(b) conference order.

Also, in accordance with Your Honor's Individual Practices, I write to request an adjournment of the June 14, 2024 Rule 16(b) conference. I make this request because I am scheduled to be out of town June 10-15, 2024. This is Plaintiff's first request for an adjournment, and Defendant's counsel consents to the request. Defendant's counsel advised that he is out of town and unavailable on June 28. Counsel for the parties are otherwise available for the rescheduled conference at the Court's convenience.

I thank the Court for its consideration of this adjournment request.

Respectfully,

/s/ Shawn Matthew Clark

Shawn Matthew Clark

Enclosure

cc: All counsel of record (via ECF)

So Ordered
May 31 at 2:30
Louis L. Stanton
5/10/24

littler.com