ORIGINAL

# Littler

MEMO ENDORSED

Littler Mendelson, P.C.
900 Third Avenue
New York, NY 10022.3298

Shawn Matthew Clark
Shareholder
212.497.6840 direct
212.583.9600 main
smclark@littler.com

March 11, 2025

**USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 3/11/25**

**VIA ECF**

Hon. Louis L. Stanton
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: *Marsh & McLennan Agency LLC v. Stedman*, Case No 1:24-cv-01671-LLS

Dear Judge Stanton:

This law firm represent Plaintiff March & McLennan Agency LLC in the above-referenced case. We write to request extensions of the deadlines in this case to permit the parties to complete discovery and depositions. The parties have engaged in extensive discovery, resulting in Plaintiff's production of over 7,200 pages and Defendant's production of over 500 pages. However, more discovery is needed. Plaintiff is collecting and will produce additional documents related to its lost profits. Plaintiff will also seek documents from Defendant's current employer via subpoena. And, finally, the parties still need to schedule and take depositions. Accordingly, Plaintiff asks for the Court to enter the following revised discovery schedule, to which Defendant consents:

| | |
|---|---|
| Fact Discovery Deadline | June 9, 2025 |
| Plaintiff Expert Report | July 9, 2025 |
| Defendant Rebuttal Report | August 11, 2025 |
| Expert Discovery Deadline | September 11, 2025 |
| Plaintiff's Pre-Trial Order Materials | October 3, 2025 |
| Pre-Trial Order | November 3, 2025 |

Granted and
So Ordered
Louis L. Stanton
3/11/25

Hon. Louis L. Stanton
March 11, 2025
Page 2

The parties also request that the Court adjourn the Final Pretrial Conference scheduled for March 28, 2025 to a date in December, or thereafter, following the parties' completion of discovery and submission of a pre-trial order.

This is the parties' first request for an adjournment of the above dates. We thank the Court for its consideration.

Respectfully,

/s/ Shawn Matthew Clark

Shawn Matthew Clark

cc:   All counsel of record (via ECF)

littler.com           **ument property name.**